1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 - 12ᵗʰ Street, Ste. 650
   Oakland, California  94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant CHATMAN

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,              )   No. CR 07-00264 SBA
10                                         )
                         Plaintiff,        )   STIPULATION AND ORDER TO
11                                         )   CONTINUE HEARING
   v.                                      )
12                                         )   Date:   May 22, 2007
   MARJORIE CHATMAN,                       )   Time:  9:00 a.m.
13                                         )   Court: Hon. Saundra Brown Armstrong
                         Defendant.        )          U. S. District Court
14 _____)

15

16
          This matter is currently on calendar for a status hearing on Tuesday, May 22, 2007, at 9:00
17
   a.m.  The parties jointly stipulate and request that the matter be continued two weeks to the new date
18
   of Tuesday, June 5, 2007, 9:00 a.m. for status hearing and further request that the time between May
19
   22 and June 5, 2007, be excluded from calculations under the Speedy Trial Act, 18 U.S.C.
20
   §3161(h)(8)(A) and (B)(iv).  Defense counsel requires this additional time to complete review of
21
   discovery and conduct investigations.  The parties agree that it is appropriate to afford counsel a
22
   brief additional period of time to complete investigations.
23
          For this reason, the parties request that the Court find that a continuance is appropriate and
24
   order that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161
25
   (h)(8)(A) and (B)(iv), because the continuance is necessary to provide defendant with the reasonable
26
   time necessary for effective preparation, taking into account the exercise of due diligence.

1   SO STIPULATED.

2   Dated:        May 18, 2007                              /S/
                                                    _____
3                                                   HILARY A. FOX
                                                    Assistant Federal Public Defender
4
    SO STIPULATED.
5
    Dated:        May 18, 2007                              /S/
6                                                   _____
                                                    SHASHI KEWALRAMANI
7                                                   Assistant United States Attorney

8

9
                                  SIGNATURE ATTESTATION
10
          I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature
11
    ("/S/") within this efiled document.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

**<u>ORDER</u>**

2

   Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS

3

that the ends of justice served by granting of the requested continuance outweigh the best interests of

4

the public and the defendant in a speedy trial, and that the failure to grant the requested continuance

5

would deny defendant Chatman reasonable time necessary for effective preparation, taking into

6

account the exercise of due diligence.  <u>See</u> 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

7

   Based on these findings, IT IS HEREBY ORDERED THAT the hearing that is currently

8

scheduled for May 22, 2007, shall be continued to June 5, 2007, and that the time from May 22

9

through June 5, 2007, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C.

10

§3161(h)(8)(A) and (B)(iv).

11

   IT IS SO ORDERED.

12

Dated: May 22, 2007

13

_SAUNDRA BROWN ARMSTRONG_
SAUNDRA BROWN ARMSTRONG
United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26