SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK KROTOSKI, (CABN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3717
  Facsimile: (510) 637-3724
  E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-00264 SBA |
|     Plaintiff, ) | ORDERGRANTING STIPULATION TO RE-SET MATTER FOR CHANGE OF PLEA OR TRIAL SETTING AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK |
|     v. ) | |
| MARJORIE CHATMAN, ) | Date:  June 19, 2007 |
|     Defendant. ) | Time:  10:00 a.m. |
| ) | Before the Honorable Saundra B. Armstrong |

    The parties filed their Stipulation to Re-Set Matter for Change of Plea or Trial Setting and Exclusion of Time Under Speedy Trial Clock requesting that the Court re-set the matter from June 19, 2007 to July 24, 2007 and to exclude the time under the Speedy Trial Clock based on the parties' representations that additional time was needed to "effective[ly] prepar[e], taking into account the exercise of due diligence" as well as for continuity of counsel, because counsel for both the United States and Ms. Chatman are unavailable during various periods.  Good cause appearing therefor,

    **IT IS HEREBY ORDERED** that the matter is re-set for July 24, 2007 at 9 a.m. for trial setting.  If the parties arrive at resolution, they are ordered to notify the Court so that the matter

1  can be placed on the Court's calendar at 11 a.m. for change of plea.  The time between June 19,
2  2007 and July 24, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively
3  prepare, taking into account the exercise of due diligence as well as to allow for continuity of
4  counsel.  18 U.S.C. §§ 3161(h)(8)(B)(iv).  The Court finds that the "ends of justice served by the
5  granting of such continuance outweigh[s] the best interests of the public and the defendant in a
6  speedy trial."  18 U.S.C. § 3161(h)(8)(A).

DATED: 6/19/07

_____
SAUNDRA B. ARMSTRONG
United States District Judge